**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRYAN HARMER,

              Plaintiff,

vs.

SCOTT DAVIS, et al.,

              Defendants.

Case No.  3:25-cv-00314-ART-CLB

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Bryan Harmer, in pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 17th day of ~~March~~ April, 2026.

_____
BRYAN HARMER
*Plaintiff*

Dated: April 22, 2026

DATED this 23rd   day of March, 2026

AARON D. FORD
Attorney General
By: /s/ *Douglas R. Rands*_____
    DOUGLAS R. RANDS, Bar No. 3572
    Deputy Attorney General
    *Attorneys for Defendants*

_____
Anne R. Traum
United States District Judge

1